# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Great Divide Insurance Company,

Plaintiff(s),

v.

Linda Construction, Inc., Jessie McGee, Linda McGee, and Seng Leasing Services, Inc.,

Defendant(s).

Case No. 1:19-cv-621
Judge Steven C. Seeger

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: The Court enters this amended judgment on the amended complaint (Dckt. No. [31]) as follows. The Court enters judgment in favor of Plaintiff Great Divide Insurance Company and against Defendant Linda Construction, Inc. on all counts of the amended complaint – Counts I, II, III, IV, V, VI, and VII. As previously ordered (Dckt. No. [107]), Great Divide has no obligation under the Physical Damage Coverage provisions of the Great Divide Policies for the insurance claim by Linda Construction, Inc. for the alleged theft of certain tractors and trailers that Linda Construction, Inc. claims were stolen in 2014. Great Divide had no and has no duty under the Liability Coverage provisions of the Great Divide Policies to defend or indemnify Linda Construction, Inc. in the *Seng* Lawsuit filed against Linda Construction, Inc. (plus Jessie McGee and Linda McGee) in the Circuit Court of Cook County, Illinois (Case No. 14 L 050571). The Court also enters judgment in favor of Plaintiff Great Divide Insurance Company and against Defendants Jessie McGee and Linda McGee on Count VII of the amended complaint, the only count against Jessie McGee and Linda McGee. Great Divide had no and has no duty under the Great Divide Policies to defend or indemnify Jessie McGee and Linda McGee in the *Seng* Lawsuit filed against them in the Circuit Court of Cook County, Illinois (Case No. 14 L 050571). Defendant Seng Leasing Services, Inc. (the plaintiff in the underlying action in state court, and thus a necessary party here) is hereby dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger.


Date: 6/29/2022                               Thomas G. Bruton, Clerk of Court

                                              Jessica J. Ramos, Deputy Clerk